IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GLENN L. WILLIAMS,

  Plaintiff,

   v.

OFFICER K. HOLLY
AT USP - ATLANTA, et al.,

  Defendants.

CIVIL ACTION FILE
NO. 1:16-CV-491-TWT

**ORDER**

This is a pro se Bivens action by a federal prisoner. It is before the Court on the Report and Recommendation [Doc. 7] of the Magistrate Judge recommending allowing the action to proceed on Plaintiff's First Amendment retaliation claims and his Due Process and Eighth Amendment sexual abuse claims for conduct occurring after February 8, 2014 and dismissing all other claims. The Court approves and adopts the Report and Recommendation as the judgment of the Court.

SO ORDERED, this 16 day of December, 2016.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\16\Williams\16cv491\r&r.wpd