IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| GLENN L. WILLIAMS,   Plaintiff, | : : : | PRISONER CIVIL RIGHTS 28 U.S.C. § 1331 |
| v. | : : | |
| OFFICER K. HOLLY, at USP- Atlanta,   Defendant. | : : : | CIVIL ACTION NO. 1:16-CV-0491-TWT-JFK |

**UNITED STATES MAGISTRATE JUDGE'S ORDER
AND FINAL REPORT AND RECOMMENDATION**

The matter is before the Court on (1) Plaintiff's motion to dismiss [18], in which he states that, having been released from confinement, he would like to close this chapter of his life and dismiss this action; (2) Defendant's response [19], in which Defendant states that he has no opposition to dismissal; and (3) Defendant's consent motion [21] for an enlargement of time to file responsive pleadings, filed out of an abundance of caution as the action has not yet been dismissed.

**IT IS RECOMMENDED** that Plaintiff's motion to dismiss [18] be **GRANTED** and that this action be **DISMISSED**. See Fed. R. Civ. P. 41(a).

**IT IS ORDERED** that Defendant's consent motion for an enlargement of time [21] is **DENIED** as moot.

The Clerk of Court is **DIRECTED** to withdraw the reference to the undersigned Magistrate Judge.

**IT IS SO RECOMMENDED**, **ORDERED**, **and DIRECTED**, this 3rd day of July, 2017.

*/s/ Janet F. King*
JANET F. KING
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)