IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GLENN L. WILLIAMS,

   Plaintiff,

  v.

OFFICER K. HOLLY
AT USP - ATLANTA,

   Defendant.

CIVIL ACTION FILE
NO. 1:16-CV-491-TWT

**ORDER**

This is a pro se Bivens action by a federal prisoner. It is before the Court on the Report and Recommendation [Doc. 22] of the Magistrate Judge recommending granting the Plaintiff's Motion to Dismiss [Doc. 18]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Plaintiff's Motion to Dismiss [Doc. 18] is GRANTED. This action is DISMISSED.

SO ORDERED, this 10 day of August, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge